1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| DANIEL SALCIDO,<br><br>           Petitioner,<br><br>vs.<br><br>LARRY SMALL, Warden,<br><br>           Respondent. | Case No. CV 09-2883-FMC (JWJ)<br><br>JUDGMENT |

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    IT IS ADJUDGED that Judgment be entered (1) dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations; and (2) denying petitioner's Request to stay the instant Petition.

DATED: Aug. 10, 2009

                                          FLORENCE-MARIE COOPER
                                          United States District Judge